# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA | DOCKET NO: 05-391 | MAGIS. NO: |
| V.  GUY MARTINEZ BANKS | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED: Larry Savy Woodard  FILED  APR 0 7 2006  NANCY MAYER WHITTINGTON, CLERK  U.S. DISTRICT COURT | |
| DOB:        PDID: | | |
| WARRANT ISSUED ON THE BASIS OF: INDICTMENT | DISTRICT OF ARREST | |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

UNLAWFUL DISTRIBUTION OF COCAINE BASE;

UNLAWFUL USE OF A COMMUNICATIONS FACILITY;

UNLAWFUL DISTRIBUTION OF 5 GRAMS OR MORE OF COCAINE BASE;

AIDING AND ABETTING

**IN VIOLATION OF:** UNITED STATES CODE TITLE & SECTION:
21:841(a)(1) and 841(b)(1)(C); 21: 843(b); 21:841(a)(1) and 841(b)(1)(B); and 18:2

| BAIL FIXED BY COURT: HWOB | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY: MAGISTRATE JUDGE ROBINSON | SIGNATURE (JUDGE/MAGISTRATE JUDGE): U.S. MAGISTRATE JUDGE ROBINSON | DATE ISSUED: 10/27/05 |
| CLERK OF COURT: Nancy Mayer-Whittington | BY DEPUTY CLERK: [signature] | DATE: 10/27/05 |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 10·27·05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED 4·7·06 | SEAN McLEOD SDUSM | [signature] |
| HIDTA CASE:  Yes __  No  X | | OCDETF CASE:  Yes __  No  X |