UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal Case No. 05-391 (EGS)** |
| | : | |
| **LARRY SAVY WOODWARD,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

## NOTICE OF FILING

The government requests that the attached discovery letter, dated April 21, 2006, be made part of the record in this case.

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY
BAR NO. 451058

_____
STEVEN B. WASSERMAN
ASSISTANT UNITED STATES ATTORNEY
D.C. BAR NO. 453-251
FEDERAL MAJOR CRIMES SECTION
(202) 307-0031

## Certificate of Service

I hereby certify that I caused a copy of the Notice of Filing to be served upon counsel for the defendant, James Rudasill, Esq., this 21st day of April, 2006.

_____
STEVEN B. WASSERMAN
Assistant United States Attorney