UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
APR 2 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA )
)
)
v. ) Criminal No.      (EGS)
) 05-391
Larry Woodard )
)
Defendant. )
)

O R D E R

Upon careful consideration of defendant's request, the United States Marshal Service and the Department of Corrections are directed to house Larry Woodard _____ at Central Treatment Facility until further Order of this Court.

4/25/06
DATE

_____
EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE