UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**
          }
     v.   }   Crim No. 05-391-02 (EGS)
          }
Guy Martinez Banks, et.al.,   )
**LARRY SAVY WOODARD**        )
     **Defendant No. 02**     )
_____}

NOTICE OF APPEARANCE

COMES NOW, James W. Rudasill, Jr., #318113, pursuant to Local Criminal Rule 44.5(a) and respectfully request that the Clerk of the Court enter his appearance in this case as appointed counsel pursuant to the Criminal Justice Act , Title 18 U.S.C. Section 3006A  for defendant,  Larry Savy Woodard, *nunc pro tunc,* as of April 7,  2006.

Respectfully submitted,

_____
James W. Rudasill, Jr #318113
717 D Street, N.W.
Suite 310
Washington, D.C.  20004
(202) 783-7908
rudasilljr7@aol.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the forgoing Notice was served by mail on Steven Wasserman, Esq.,  Assistant United States Attorney, 555 Fourth Street, NW, Washington, D.C.  20001, and Darlene C. Jackson, Esq., 1220 L. Street, N.W., Suite 100, Washington, D.C.  20005, counsel for Defendant Banks.

_____
James W. Rudasill, Jr.