**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES
    Plaintiff,

  vs.                                              Criminal No. 05-391 (EGS)
LARRY SAVY WOODARD
    Defendant.
_____

## **ORDER**

On **NOVEMBER 3, 2006**, the defendant pled guilty to the Two Count Information.

Accordingly, the U.S. Probation Department shall prepare and file a pre-sentence report by no later than **JANUARY 11, 2007**; defendant's memorandum of law, if any shall be filed by no later than **JANUARY 18, 2007**; the Government's memorandum of law, if any shall be filed by no later than **JANUARY 25, 2007,** a reply, if any, shall be filed by no later than **FEBRUARY 1, 2007**; and it is further

ORDERED that the defendant shall be sentenced in Courtroom #24A, 4th Floor on **FEBRUARY 8, 2007 AT 12:30 P.M.**

IT IS SO ORDERED.

DATE: November 3, 2006
                                    EMMET G. SULLIVAN
                             UNITED STATES DISTRICT JUDGE