UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. 05-391 (EGS) |
| | : | |
| | : | VIOLATIONS: 21 U.S.C. § 841(a)(1) and 841 (b)(1)(C) |
| v. | : | (Unlawful Distribution of Cocaine Base) |
| | : | 18 U.S.C. § 2 |
| | : | (Aiding and Abetting) |
| | : | 48 D.C.Code § 904.01(a)(1) and 904.09 |
| LARRY SAVY WOOODARD | : | (Unlawful Attempted Distribution of a Controlled Substance) |
| Defendant. | : | |

## INFORMATION

The United States Attorney charges that:

### COUNT ONE

On or about March 25, 2004, within the District of Columbia, **LARRY SAVY WOODARD** did unlawfully, knowingly, and intentionally distribute a mixture and substance containing a detectable about of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18 United States Code, Section 2.

**(Unlawful Distribution of Cocaine Base and Aiding and Abetting,** in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2).

## COUNT TWO

On or about March 25, 2004, within the District of Columbia, **LARRY SAVY WOODARD** did unlawfully, knowingly, and intentionally attempt to distribute a quantity of cocaine base, that is, cocaine, a Schedule II controlled substance, in violation of Title 48, District of Columbia Code, Sections 904.01(a)(1) and 904.09.

**(Unlawful Attempted Distribution of a Controlled Substance,** in violation of Title 48, District of Columbia Code, Sections 904.01(a)(1) and 904.09 (2001 ed.)

JEFFREY A. TAYLOR
Attorney of the United States in
and for the District of Columbia
Bar No. 489-610

BY: _____

EDWARD A. O'CONNELL
Assistant United States Attorney
Bar No. 460-233
Organized Crime and Narcotics Trafficking Section
555 Fourth Street NW, Room 4122
Washington, DC 20530
(202) 514-6997