UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
NOV 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES
    Plaintiff,

Criminal No. 05-391-2 (EGS)

LARRY SAVY WOODARD
    Defendant

## WAIVER OF INDICTMENT

I, LARRY SAVY WOODARD the above named defendant, who is accused of _Unlawful Distribution of Cocaine Base and Aiding and Abetting - 21 USC 841(a)(1), 841(b)(1)(C), 18 U.S.C. § 2_ being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _November 3rd, 2006_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer

AO 455(Rev.5/85) Waiver of Indictment