FILED

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

JAN - 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

U.S.A. vs. **Larry Savy Woodard**                              Docket No.: **05-391-02**

### REQUEST FOR EXTENSION AND DELAY OF SENTENCING

1. Extension for additional time to complete presentence report granted _____.

   New sentencing date: _MARCH 30, 2007 AT 12:30 P.M._

2. Extension for additional time to complete presentence report denied _____

### ORDER OF COURT

Considered and ordered this ___9th___ day of ___JAN.___, 2007.

_____
**Emmet G. Sullivan**
**United States District Judge**