UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
v. )  Criminal No. 05-391 (EGS)
)
Larry Savy Woodard )
                    Defendant. )
)

**FILED**
FEB - 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

<u>O R D E R</u>

Upon careful consideration of defendant's request, the United States Marshal Service and the Department of Corrections are directed to house Larry Savy Woodard at Central Treatment Facility until further Order of this Court.

2/2/07
DATE

EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE